[No. 47726-2-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CLABON TERREL BERNIARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01904-1, Thomas P. Larkin, J., entered June 19, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 47778-5-II.   Division Two.   January 18, 2017.]

CEDAR COURT APARTMENTS, LLC, *Respondent*, v. GUSTAVO COLORADO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-06118-3, Bryan E. Chushcoff, J., entered June 5, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47983-4-II.   Division Two.   January 18, 2017.]

JAY GEROW ET AL., *Appellants*, v. THE STATE OF WASHINGTON GAMBLING COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02518-4, Mary Sue Wilson, J., entered August 14, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[No. 48034-4-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK A. WALLMULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00463-5, Toni A. Sheldon, J., entered July 27, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.